September 6, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

TEXAS MUTUAL INSURANCE COMPANY, Appellant

NO. 14-11-00131-CV                              V.

RONALD JERROLS, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, RONALD JERROLS, signed 02.08.2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order each party to pay their own costs incurred in this appeal. We further order this decision certified below for observance.